IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Terry Hafer, ) | No. CV 06-256-TUC-RCC |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| MICHAEL J. ASTRUE, Commissioner of ) Social Security, ) | |
| Defendant. ) | |

On January 9, 2008, the Honorable Jacqueline Marshall, United States Magistrate Judge, filed a Report and Recommendation ("Recommendation") in this action (Docket No. 21). The Recommendation advised the Court to GRANT IN PART the Plaintiff's Motion for Summary Judgment (Docket No. 12), DENY the Defendant's Cross-Motion for Summary Judgment (Docket No. 13), and REMAND this matter consistent with the report and recommendation.

The Court considers the Recommendation (Docket No. 21) to be thorough and well-reasoned. After a thorough and de novo review of the record, the Court will ADOPT the Recommendation of Magistrate Judge Marshall.

DATED this 29th day of January, 2008.

_____
Raner C. Collins
United States District Judge